CITY OF ATLANTA *vs.* BUCHANAN.

CASE FROM CITY COURT OF ATLANTA. Municipal Corporations. Streets and Sidewalks. Roads and Bridges. (Before Judge Clarke.)

Jackson, C. J.—1. If a request to charge be not all proper, the court need not give any part of it in charge.

(a) If a city constructed a bridge in one of its streets of loose planks, or upon re-constructing it, the planks were left unfastened by its employes, notice to them is notice to the city.

(b) A request to charge that such defects must have been so open and notorious, and of such a character, and have existed for such a length of time that the city knew or might have known of them was too broad. Bellamy *vs.* City of Atlanta (present term). 1 GEORGIA LAW REPORTER, p 293.

2. The newly discovered evidence, with the depositions in answer thereto, could not change the verdict.

3. Where it was shown that a bridge in a street, over which the plaintiff was passing when injured, was in general and daily use by pedestrians, though in the street, and not the sidewalk, it being the best crossing, especially in bad weather, there was no error in refusing to charge that a pedestrian could not, for mere convenience or pleasure, deviate from the established line of the sidewalk and go upon a bridge or crossing designed for the street or roadway proper, there being no evidence that the plaintiff went upon it for pleasure, but only as other passers did.

(a) Besides, this ground is not certified.

4. A city is bound to keep its streets, sidewalks and bridges in a reasonably safe condition.

·(a) Keeping, as so used, includes the .proper construction or re-construction of a bridge, forming part of the street.

5. The evidence sustains the verdict.

(a) The cases in 70 Ga., 193 and 66 Id., 195, do not conflict with the ruling in this case.

Judgment affirmed.

.E. A. Angier ; J. T. Pendleton, for plaintiff in error.

Hoke & Burton Smith, for defendant.